Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Waterloo Power, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 0 3 7 2 6 1 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **P.O. Box 1381** |
| **1409 Graef Rd Unit B** | |
| Number          Street | Number          Street |
| **Kyle, TX 78640-5976** | **Buda, TX 78610-1381** |
| City                          State      ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Hays** | |
| County | Number          Street |
| | City                          State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.waterloopower.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Waterloo Power, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8   1   1   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
              MM / DD / YYYY

District _____   When _____   Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
              MM / DD / YYYY

Case number, if known _____

Debtor  **Waterloo Power, LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>   _____    _____<br>   Number              Street<br>   _____<br>   _____    _____    _____<br>   City                             State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name    _____<br>        Phone           _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor   **Waterloo Power, LLC**                                        Case number *(if known)* _____
         Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/04/2025**
              MM/ DD/ YYYY

**X** **/s/ Natalie Rodriguez**                                    **Natalie Rodriguez**
Signature of authorized representative of debtor                  Printed name

Title   **President**

**18. Signature of attorney**

**X**      **/s/ Robert C Lane**                    Date **06/04/2025**
Signature of attorney for debtor                         MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

**Houston**                                   **TX**        **77036-3369**
City                                         State        ZIP Code

**(713) 595-8200**                            **notifications@lanelaw.com**
Contact phone                                Email address

**24046263**                                  **TX**
Bar number                                   State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $236,501.22 |
| b. Total debts (including debts listed in 2.c., below) | $814,096.76 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business ____ Generator Sales, Service and maintenance. (Residential/commercial) ____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

| Fill in this information to identify the case: |
| --- |
| Debtor name **Waterloo Power, LLC** |
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/04/2025
MM/  DD/  YYYY

**X** /s/ Natalie Rodriguez
Signature of individual signing on behalf of debtor

**Natalie Rodriguez**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____**Waterloo Power, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Briggs & Stratton<br>P.O. Box 771734<br>Chicago, IL 60677-0734 | | judgment | Disputed | | | $132,338.00 |
| 2 | Forward Financing LLC<br>53 State St Fl 20<br>Boston, MA 02109-2820 | | UCC | Disputed | | | $89,500.00 |
| 3 | U.S. Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | | UCC | | | | $85,100.00 |
| 4 | DMKA LLC dba The Smarter Merchant<br>345 7th Avenue<br>New York, NY 10001 | | UCC | Disputed | | | $85,015.00 |
| 5 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | | Vendor | | | | $83,852.09 |
| 6 | Headway Capital<br>175 W Jackson Blvd 1000<br>Chicago, IL 60604 | | UCC | | | | $83,379.80 |
| 7 | Cummins Inc.<br>Po Box 772642<br>Detroit, MI 48277-2642 | | Vendor | | | | $54,440.80 |
| 8 | 360 Power Solutions<br>4509 Cat Mountain Dr<br>Austin, TX 78731-3503 | | Vendor | | | | $29,210.00 |

| Debtor | **Waterloo Power, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 United Rentals (North America) Inc. c/o Corporation Service Co dba CSC - Lawyers Incorporating Service Co 211 E. 7th Street 620 Austin, TX 78701 | | Vendor | | | | $27,893.63 |
| 10 Westco Electrical Services LLC c/o Melissa McLaughlin 716 Sweetgrass New Braunfels, TX 78130 | | Vendor | | | | $27,800.00 |
| 11 U.S. Bank National Association DBA Elan Financial Services P.O. Box 108 Saint Louis, MO 63166 | | Credit Card | | | | $24,417.09 |
| 12 Tubbesing Solutions LLC c/o Aaron Casey 2020 Diplomat 100 Dallas, TX 75234 | | Vendor | | | | $17,651.79 |
| 13 Amex Correspondence Po Box 981540 El Paso, TX 79998-1540 | | Credit Card | | | | $14,271.21 |
| 14 Clifford Power 4918 Burleson Rd Austin, TX 78744-1212 | | Vendor | | | | $10,600.00 |
| 15 Peaker Services 8080 Kensington Ct Brighton, MI 48116-8520 | | Vendor | | | | $8,277.90 |
| 16 Native Power Systems 12793 Cogburn San Antonio, TX 78249 | | Vendor | | | | $6,842.60 |
| 17 Amex Correspondence Po Box 981540 El Paso, TX 79998-1540 | | Business Line of Credit | | | | $5,191.62 |
| 18 Capital One P.O. Box 60519 City Industry, CA 91716-0519 | | Credit Card | | | | $4,839.00 |
| 19 City Electric P.O. Box 131811 Dallas, TX 75313-1811 | | Vendor | | | | $4,542.09 |
| 20 Intuit Financing Inc 2702 Coast Ave Mountain View, CA 94043 | | Loan | | | | $2,870.94 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

**Fill in this information to identify the case:**

Debtor Name  **Waterloo Power, LLC**

United States Bankruptcy Court for the: _____ **Western** ____ District of ____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Frost Bank** | **Checking account** | 5 6 8 4 | $2,472.26 |
| 3.2. **United Heritage Credit Union** | **Checking account** | 3 4 0 1 | $10,166.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$12,638.26** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor    **Waterloo Power, LLC**                                          Case number *(if known)* _____

Name

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                        | _____ |

---

| Part 3: | Accounts receivable |

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11.    **Accounts receivable**

| 11a. 90 days old or less: | **$65,016.00** | - | **$2,141.04** | =.....➡ | **$62,874.96** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$144,387.00** | - | **unknown** | =.....➡ | **$144,387.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          | **$207,261.96** |

---

| Part 4: | Investments |

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

---

Debtor   **Waterloo Power, LLC**                                    Case number *(if known)* _____
                Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1  _____    _____    _____

    16.2  _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                    [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Waterloo Power, LLC**_____    Case number *(if known)*_____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Waterloo Power, LLC**                                          Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
|   Desks (3) | unknown | | $200.00 |
|   Chairs (3) | unknown | | $250.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|   Computers (5) | unknown | | $1,500.00 |
|   Phones | unknown | | $150.00 |
|   Printer | unknown | | $200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|   42.1 | | | |
|   42.2 | | | |
|   42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $2,300.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1 **Bobcat MT 100 Mini Track Loader** / VIN: B52P13133 | unknown | | $1,000.00 |

Debtor    **Waterloo Power, LLC**

Name

Case number *(if known)*

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2023 Diamond Trailers FMAX207 / VIN: 6265 Gooseneck Trailer** | unknown | | $11,300.00 |
| 48.2 **2022 / Trailer** | unknown | | $2,000.00 |

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$14,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

| Debtor | **Waterloo Power, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| www.waterloopower.com | **unknown** | | **$1.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |
| **66.** **Total of Part 10** | | | **$1.00** |
| Add lines 60 through 65. Copy the total to line 89. | | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **Waterloo Power, LLC**              Case number *(if known)* _____
_____
Name

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71.**    **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    _____
          Total face amount    doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.**    **Interests in insurance policies or annuities**

_____                  _____

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                  _____

**Nature of claim**    _____

**Amount requested**    _____

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                  _____

**Nature of claim**    _____

**Amount requested**    _____

**76.**    **Trusts, equitable or future interests in property**

_____                  _____

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                  _____

_____                  _____

**78.**    **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    [ _____ ]

Debtor     **Waterloo Power, LLC**                                Case number *(if known)* _____
           Name

---

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.    **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,638.26 | |
| 81.    **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.    **Accounts receivable.** *Copy line 12, Part 3.* | $207,261.96 | |
| 83.    **Investments.** *Copy line 17, Part 4.* | | |
| 84.    **Inventory.** *Copy line 23, Part 5.* | | |
| 85.    **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.    **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,300.00 | |
| 87.    **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $14,300.00 | |
| 88.    **Real property.** *Copy line 56, Part 9* .........................................................................➔ | | |
| 89.    **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90.    **All other assets.** *Copy line 78, Part 11.* | + | |
| 91.    **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $236,501.22 | + 91b. |
| 92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................... | | $236,501.22 |

---

Fill in this information to identify the case:

Debtor name __**Waterloo Power, LLC**__

United States Bankruptcy Court for the: __**Western**__  District of __**Texas**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  Do any creditors have claims secured by debtor's property?
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name

**DMKA LLC dba The Smarter Merchant**

Creditor's mailing address

**345 7th Avenue**

**New York, NY 10001**

Creditor's email address, if known

_____

Date debt was incurred    **3/7/24**

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Remarks:** MCA

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**UCC**

_____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Column A: **$85,015.00**

Column B: **unknown**

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$354,036.87**

Debtor **Waterloo Power, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Forward Financing LLC**
_____

**Creditor's mailing address**

**53 State St Fl 20**
_____

**Boston, MA 02109-2820**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**      3/7/24

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$89,500.00**      **unknown**

Debtor  **Waterloo Power, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Headway Capital**

Describe debtor's property that is subject to a lien

$83,379.80                                unknown

Creditor's mailing address

**175 W Jackson Blvd 1000**

**Chicago, IL 60604**

Creditor's email address, if known

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **02/10/2023**

Last 4 digits of account number    **9 7 4 4**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Waterloo Power, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** **Creditor's name**

**Synchrony Bank**

**Creditor's mailing address**

**P.O. Box 71783**

**Philadelphia, PA 19176-1783**

**Creditor's email address, if known**

_____

Date debt was incurred        **09/27/2023**

Last 4 digits of account        **9  5  0  0**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Diamond Trailers FMAX207

**Describe the lien**

**Title lien on gooseneck trailer**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,042.07                $11,300.00

Debtor  **Waterloo Power, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**U.S. Small Business Administration**

Describe debtor's property that is subject to a lien
_____
_____

$85,100.00          unknown

Creditor's mailing address

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Describe the lien

**UCC**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **5/20/2020**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    **7  4  1  0**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** SBA 7(b)

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **5** of **9**

Debtor  **Waterloo Power, LLC**
        Name _____    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.6 Creditor's name**

**Wells Fargo Commercial**
**Distribution Finance LLC**

**Creditor's mailing address**

**5595 Trillium Blvd**

**Hoffman Est, IL 60192-3405**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
**UCC**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **unknown**

---

Debtor **Waterloo Power, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** **Creditor's name**

**Wells Fargo Vendor Financial Services LLC**

**Describe debtor's property that is subject to a lien**

_____

_____

_____

$0.00    unknown

**Creditor's mailing address**

**Po Box 35701**

**Billings, MT 59107-5701**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** Creditor for Bobcat which has been paid off.

Debtor  **Waterloo Power, LLC**
_____
  Case number (if known) _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Douglas Robinson**<br>**2811 Taunton Dr W**<br>**Bradenton, FL 34205-3676** | Line 2. __1__ | __ __ __ __ |
| **Bristol & Dubiel LLP**<br>**Attn: Murray Bristol**<br>**8080 N. Central Expy 1700**<br>**Dallas, TX 75206** | Line 2. __1__ | __ __ __ __ |
| **Jameson & Dunagan, P.C.**<br>**5429 Lyndon B Johnson Fwy Ste 300**<br>**Dallas, TX 75240-2645** | Line 2. __2__ | __ __ __ __ |
| **Headway Capital**<br>**4700 W Daybreak Pkwy Ste 200**<br>**South Jordan, UT 84009-5133** | Line 2. __3__ | __ __ __ __ |
| **U.S. Small Business Administration**<br>**10737 Gateway Blvd W Ste 300**<br>**El Paso, TX 79935-4910** | Line 2. __5__ | __ __ __ __ |
| **U.S. Small Business Administration (SBA) - All Divisions**<br>**Little Rock Commercial Loan Servicing Center**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line 2. __5__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor  **Waterloo Power, LLC** _____  Case number (if known) _____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____**Waterloo Power, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  **Waterloo Power, LLC**

Name

Case number *(if known)* _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**360 Power Solutions**

**4509 Cat Mountain Dr**

**Austin, TX 78731-3503**

Date or dates debt was incurred **10/09/2023**

Last 4 digits of account number ___ ___ ___ ___

Remarks: Unpaid rental equipment

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,210.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Amex**

**Correspondence**

**Po Box 981540**

**El Paso, TX 79998-1540**

Date or dates debt was incurred _____

Last 4 digits of account number **7 0 5 2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,191.62**

---

**3.3** Nonpriority creditor's name and mailing address

**Amex**

**Correspondence**

**Po Box 981540**

**El Paso, TX 79998-1540**

Date or dates debt was incurred _____

Last 4 digits of account number **1 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,271.21**

---

**3.4** Nonpriority creditor's name and mailing address

**Briggs & Stratton**

**P.O. Box 771734**

**Chicago, IL 60677-0734**

Date or dates debt was incurred **04/09/2022**

Last 4 digits of account number **2 2 8 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **judgment**

Is the claim subject to offset?
☑ No
☐ Yes

**$132,338.00**

---

Debtor    **Waterloo Power, LLC**
          Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Capital One**

**P.O. Box 60519**

**City Industry, CA 91716-0519**

Date or dates debt was incurred _____

Last 4 digits of account number    **4  8  5  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$4,839.00

---

**3.6** Nonpriority creditor's name and mailing address

**City Electric**

**P.O. Box 131811**

**Dallas, TX 75313-1811**

Date or dates debt was incurred _____

Last 4 digits of account number    **3  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,542.09

---

**3.7** Nonpriority creditor's name and mailing address

**Clifford Power**

**4918 Burleson Rd**

**Austin, TX 78744-1212**

Date or dates debt was incurred _____

Last 4 digits of account number    **1  5  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$10,600.00

---

**3.8** Nonpriority creditor's name and mailing address

**Cummins Inc.**

**Po Box 772642**

**Detroit, MI 48277-2642**

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$54,440.80

---

Debtor    **Waterloo Power, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Intuit Financing Inc**

**2700 Coast Ave**

**Mountain View, CA 94043**

Date or dates debt was incurred    **01/24/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,342.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Intuit Financing Inc**

**2702 Coast Ave**

**Mountain View, CA 94043**

Date or dates debt was incurred    **04/29/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$2,870.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Intuit Financing Inc**

**2703 Coast Ave**

**Mountain View, CA 94043**

Date or dates debt was incurred    **06/21/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$2,446.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Intuit Inc.**

**2700 Coast Ave**

**Mountain View, CA 94043**

Date or dates debt was incurred    **02/26/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,232.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Waterloo Power, LLC**
     Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,842.60 |
|---|---|---|---|

**Native Power Systems**

**12793 Cogburn**

**San Antonio, TX 78249**

Date or dates debt was incurred   **03/29/2023**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,277.90 |
|---|---|---|---|

**Peaker Services**

**8080 Kensington Ct**

**Brighton, MI 48116-8520**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  1  4  8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,852.09 |
|---|---|---|---|

**Sunbelt Rentals**

**PO Box 409211**

**Atlanta, GA 30384-9211**

Date or dates debt was incurred   **01/22/2024**

Last 4 digits of account number    **0  4  9  8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,651.79 |
|---|---|---|---|

**Tubbesing Solutions LLC**

**c/o Aaron Casey**

**2020 Diplomat 100**

**Dallas, TX 75234**

Date or dates debt was incurred   **3/24/25**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Waterloo Power, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**U.S. Bank National Association DBA Elan Financial Services**

**P.O. Box 108**

**Saint Louis, MO 63166**

Date or dates debt was incurred

Last 4 digits of account number    **4  6  5  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$24,417.09

---

**3.18** Nonpriority creditor's name and mailing address

**United Rentals (North America) Inc.**

**c/o Corporation Service Co dba CSC - Lawyers Incorporating Service Co**

**211 E. 7th Street 620**

**Austin, TX 78701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$27,893.63

---

**3.19** Nonpriority creditor's name and mailing address

**Westco Electrical Services LLC**

**c/o Melissa McLaughlin**

**716 Sweetgrass**

**New Braunfels, TX 78130**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$27,800.00

---

Debtor   **Waterloo Power, LLC**

      Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **AMEX** <br> PO Box 981535 <br> El Paso, TX 79998 | Line **3.3** <br> ☐ Not listed. Explain | __ __ __ __ |
| **4.2**    **Cummins** <br> **Corporate Headquarters** <br> PO Box 90027 <br> Arlington, TX 76011 | Line **3.8** <br> ☐ Not listed. Explain | __ __ __ __ |
| **4.3**    **Cummins** <br> **1700 Smith Road** <br> Austin, TX 78721 | Line **3.8** <br> ☐ Not listed. Explain | __ __ __ __ |
| **4.4**    **Cummins Southern Plains LLC** <br> PO Box 772642 <br> Detroit, MI 48277 | Line **3.8** <br> ☐ Not listed. Explain | __ __ __ __ |
| **4.5**    **Null, Michael G** <br> **20208 State Highway 71 W** <br> Spicewood, TX 78669-6461 | Line **3.4** <br> ☐ Not listed. Explain | __ __ __ __ |

Debtor  **Waterloo Power, LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$460,059.89** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$460,059.89** |

Fill in this information to identify the case:

Debtor name  **Waterloo Power, LLC**

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Debtor performs generator technical services for American Electric Power.** | **American Electric Power** |
| | | | **1 Riverside Plz** |
| | State the term remaining | 0 months | **Columbus, OH 43215-2355** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Business Services** | **Texas Facilities Commission** |
| | | | **1711 San Jacinto Blvd** |
| | State the term remaining | 0 months | **Austin, TX 78701-1416** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Waterloo Power, LLC**_____

United States Bankruptcy Court for the: _____**Western**_____ District of ____**Texas**____
                                                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 **Rodriguez, Mario** | **1409 Graef Rd Unit B**<br>Street<br><br>**Kyle, TX 78640-6171**<br>City / State / ZIP Code | **Synchrony Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Rodriguez, Natalie** | **1409 Graef Rd Unit B**<br>Street<br><br>**Kyle, TX 78640-6171**<br>City / State / ZIP Code | **Synchrony Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Waterloo Power, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City        State        ZIP Code | | |
| 2.6 | | Street | | ❏ D ❏ E/F ❏ G |
| | | City        State        ZIP Code | | |

Official Form 206H        Schedule H: Codebtors        page **2** of **2**

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ **Waterloo Power, LLC** _____ |
| United States Bankruptcy Court for the: _____ **Western District of Texas** _____ |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................

   | $0.00 |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................

   | $236,501.22 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................

   | $236,501.22 |
   | --- |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $354,036.87 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   | $0.00 |
   | --- |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   | + $460,059.89 |
   | --- |

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

   | $814,096.76 |
   | --- |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Waterloo Power, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**  to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$191,591.23** |
| **For prior year:** | From **01/01/2024**  to  **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,304,671.00** |
| **For the year before that:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,167,623.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**  to  Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From **01/01/2024**  to  **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

Debtor _____     Case number *(if known)* _____
          **Waterloo Power, LLC**
          Name

25-10866-smr  Doc#1  Filed 06/04/25  Entered 06/04/25 11:26:32  Main Document  Pg 40 of 61

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br> _____ <br><br> Street <br> _____ <br><br> _____ <br> City        State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> Street <br> _____ <br><br> _____ <br> City        State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor __**Waterloo Power, LLC**_____ Case number *(if known)* _____
          Name

5.1. _____     _____     _____   _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| __**Briggs & Stratton LLC v Waterloo Power LLC**__<br><br>**Case number**<br><br>__**C-1-CV-24-002347**__ | _____ | __**Travis County Court at Law 2**__<br>Name<br>__**1700 Guadalupe St., 7th Floor**__<br>Street<br><br>_____<br>__**Austin, TX 78701**__<br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| __**Forward Financing LLC v Waterloo Power, LLC et al.**__<br><br>**Case number**<br><br>__**25-0033-DCD**__ | __**Application to confirm arbitration award of $89,500 for debt collection.**__ | __**Hays County 428th District Court**__<br>Name<br>__**712 S. Stagecoach Trail, Ste. 3240**__<br>Street<br>__**Hays County Government Center**__<br>__**San Marcos, TX 78666**__<br>City       State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Waterloo Power, LLC**
_____
Name

Case number *(if known)* _____

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **DMKA, LLC v Waterloo Power, LLC et al.** | **Debt collection** | **Hays County District Court** <br> Name <br> **712 S Stagecoach Trail** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **24-3307** | | **San Marcos, TX 78666** <br> City · State · ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **DMKA LLC v. Waterloo Power LLC et al** | **Debt collection** | **Supreme Court of the State of New York County of Kings** <br> Name <br> **360 Adams St 4** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **524270/2024** | | **Brooklyn, NY 11201** <br> City · State · ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | Case title | Name |
| | City · State · ZIP Code | Case number | Street |
| | | Date of order or assignment | City · State · ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City · State · ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

**Part 5:** Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

**Part 6:** Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm** | **Attorney's Fee** | **9/24/24** | **$2,500.00** |
| Address | **Attorney's Fee** | **10/21/24** | **$4,000.00** |
| **6200 Savoy Suite 1150**<br>Street | **Attorney's Fee** | **11/25/24** | **$4,000.00** |
| | **Attorney's Fee** | **12/27/24** | **$4,000.00** |
| **Houston, TX 77036**<br>City          State      ZIP Code | **Attorney's Fee** | **1/24/25** | **$4,000.00** |
| Email or website address | **Attorney's Fee** | **2/24/25** | **$4,000.00** |
| | **Attorney's Fee** | **3/27/25** | **$4,000.00** |
| Who made the payment, if not debtor? | **Attorney's Fee** | **05/16/2025** | **$8,500.00** |

Debtor  **Waterloo Power, LLC**
_____
Name

Case number *(if known)* _____

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Corporate Client Services** | **Debt relief for MCA loans** | **05/2024** | **$11,000.00** |
| | **Address** | | | |
| | **7800 Congress Ave Ste 202** | | | |
| | Street | | | |
| | | | | |
| | **Boca Raton, FL 33487-1350** | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**

_____
Street

_____

_____
City                State      ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____
Street

_____

_____
City                State      ZIP Code

From _____ To _____

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |

_____
Street

_____
City                State      ZIP Code

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

**Waterloo Power, LLC**
Name                                                Case number *(if known)*

---

| **Part 9:** | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City     State    ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City     State    ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  25-10866-smr  Doc#1  Filed 06/04/25  Entered 06/04/25 11:26:32  Main Document  Pg 48 of 61
Waterloo Power, LLC
_____
Name
Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City        State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor _____Waterloo Power, LLC_____  Case number *(if known)* _____
      Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1. _____    _____    EIN: __ __ – __ __ __ __ __ __ __

     Name

| | Dates business existed |
|---|---|

     Street

_____    From _____  To _____

_____

     City      State     ZIP Code

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Debbie Krause** _____    From **01/2021**  To **07/2024**

     Name

_____

     Street

_____

     City      State     ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2. **Jesus Campos** _____    From **04/2025**  To _____

     Name

_____

     Street

_____

     City      State     ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____    From _____  To _____

     Name

_____

     Street

_____

     City      State     ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Jesus Campos** | _____ |
| Name | _____ |
| _____ | _____ |
| Street | |
| _____ | |
| _____ | |
| City                State                ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| _____ |
| Street |
| _____ |
| _____ |
| City                State                ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| _____ |
| Street |
| _____ |
| _____ |
| City                State                ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rodriguez, Natalie** | **1409 Graef Rd Unit B Kyle, TX 78640-6171** | **President, Member** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor **Waterloo Power, LLC**

Name

Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____ To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Rodriguez, Natalie** <br> Name <br> **1409 Graef Rd Unit B** <br> Street <br><br> **Kyle, TX 78640-6171** <br> City        State        ZIP Code <br><br> Relationship to debtor <br><br> **President** | $500 - Member Distribution <br> $500 - Member Distribution <br> $2405.73 - Payroll <br> $1,202.86 - Payroll <br> $1,202.86 - Payroll <br> $1,202.87 - Payroll | 05/02/2025 <br> 05/09/2025 <br> 05/11/2025 <br> 05/03/2024 <br> 05/17/2024 <br> 05/31/2024 | payroll and member distribution |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Rodriguez, Mario** <br> Name <br> **1409 Graef Rd Unit B** <br> Street <br><br> **Kyle, TX 78640-6171** <br> City        State        ZIP Code <br><br> Relationship to debtor <br><br> **Account Manager** | $2,405.73 <br> $1,202.86 <br> $1,202.86 <br> $1,202.87 | 05/11/2025 <br> 05/03/2024 <br> 05/17/2024 <br> 05/31/2024 | payroll |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.3. **Jennifer Hernandez** <br> Name <br> **410 Quail Run** <br> Street <br><br> **Kyle, TX 78640** <br> City        State        ZIP Code <br><br> Relationship to debtor <br><br> **Sister of Managing Member/owner** | $19,830.07 | | Payroll |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**06/04/2025**___
          MM/  DD/  YYYY

**X** **/s/ Natalie Rodriguez**                Printed name          **Natalie Rodriguez**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor          **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**      Waterloo Power, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$35,000.00**

Prior to the filing of this statement I have received ................................................................. **$35,000.00**

Balance Due ............................................................................................................................. **$0.00**

2.      The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/04/2025 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Waterloo Power, LLC**                                        CASE NO

                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**06/04/2025**____     Signature _____**/s/ Natalie Rodriguez**_____

                                                                Natalie Rodriguez, President

360 POWER SOLUTIONS
4509 CAT MOUNTAIN DR
AUSTIN, TX 78731-3503


AMERICAN ELECTRIC POWER
1 RIVERSIDE PLZ
COLUMBUS, OH 43215-2355


AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO, TX 79998-1540


AMEX
PO BOX 981535
EL PASO, TX 79998


BRIGGS & STRATTON
P.O. BOX 771734
CHICAGO, IL 60677-0734


BRISTOL & DUBIEL LLP
ATTN: MURRAY BRISTOL
8080 N. CENTRAL EXPY 1700
DALLAS, TX 75206


CAPITAL ONE
P.O. BOX 60519
CITY INDUSTRY, CA 91716-0519


CITY ELECTRIC
P.O. BOX 131811
DALLAS, TX 75313-1811

CLIFFORD POWER
4918 BURLESON RD
AUSTIN, TX 78744-1212


CUMMINS
CORPORATE HEADQUARTERS
PO BOX 90027
ARLINGTON, TX 76011


CUMMINS
1700 SMITH ROAD
AUSTIN, TX 78721


CUMMINS INC.
PO BOX 772642
DETROIT, MI 48277-2642


CUMMINS SOUTHERN PLAINS
LLC
PO BOX 772642
DETROIT, MI 48277


DMKA LLC DBA THE SMARTER
MERCHANT
345 7TH AVENUE
NEW YORK, NY 10001


FORWARD FINANCING LLC
53 STATE ST FL 20
BOSTON, MA 02109-2820


HEADWAY CAPITAL
175 W JACKSON BLVD 1000
CHICAGO, IL 60604

HEADWAY CAPITAL
4700 W DAYBREAK PKWY STE 200
SOUTH JORDAN, UT 84009-5133


INTUIT FINANCING INC
2700 COAST AVE
MOUNTAIN VIEW, CA 94043


INTUIT FINANCING INC
2702 COAST AVE
MOUNTAIN VIEW, CA 94043


INTUIT FINANCING INC
2703 COAST AVE
MOUNTAIN VIEW, CA 94043


INTUIT INC.
2700 COAST AVE
MOUNTAIN VIEW, CA 94043


JAMESON & DUNAGAN, P.C.
5429 LYNDON B JOHNSON FWY STE 300
DALLAS, TX 75240-2645


NATIVE POWER SYSTEMS
12793 COGBURN
SAN ANTONIO, TX 78249


MICHAEL G NULL
20208 STATE HIGHWAY 71 W
SPICEWOOD, TX 78669-6461

PEAKER SERVICES
8080 KENSINGTON CT
BRIGHTON, MI 48116-8520

MARIO RODRIGUEZ
1409 GRAEF RD UNIT B
KYLE, TX 78640-6171

NATALIE RODRIGUEZ
1409 GRAEF RD UNIT B
KYLE, TX 78640-6171

SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211

SYNCHRONY BANK
P.O. BOX 71783
PHILADELPHIA, PA 19176-1783

TEXAS FACILITIES
COMMISSION
1711 SAN JACINTO BLVD
AUSTIN, TX 78701-1416

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

THE LAW OFFICE OF
DOUGLAS ROBINSON
2811 TAUNTON DR W
BRADENTON, FL 34205-3676

TUBBESING SOLUTIONS LLC
C/O AARON CASEY
2020 DIPLOMAT 100
DALLAS, TX 75234

U.S. BANK NATIONAL
ASSOCIATION DBA ELAN
FINANCIAL SERVICES
P.O. BOX 108
SAINT LOUIS, MO 63166

U.S. SMALL BUSINESS
ADMINISTRATION
14925 KINGSPORT RD
FORT WORTH, TX 76155-2243

U.S. SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY BLVD W STE 300
EL PASO, TX 79935-4910

U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202

UNITED RENTALS (NORTH
AMERICA) INC.
C/O CORPORATION SERVICE CO DBA CSC
- LAWYERS INCORPORATING SERVICE CO
211 E. 7TH STREET 620
AUSTIN, TX 78701

WATERLOO POWER, LLC
1409 GRAEF RD UNIT B
KYLE, TX 78640-5976

WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE LLC
5595 TRILLIUM BLVD
HOFFMAN EST, IL 60192-3405

WELLS FARGO VENDOR
FINANCIAL SERVICES LLC
PO BOX 35701
BILLINGS, MT 59107-5701


WESTCO ELECTRICAL
SERVICES LLC
C/O MELISSA MCLAUGHLIN
716 SWEETGRASS
NEW BRAUNFELS, TX 78130