# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 05/23/2025 10:12 AM with the following search parameters:
**DEBTOR NAME:** WATERLOO POWER
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0020790616 | Financing Statement | 05/28/2020 12:40 PM | 1 | 05/28/2030 |
| ☐ | | 25-00213156 | Continuation | 05/12/2025 08:45 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER, LLC | 1409B GRAEF RD<br>KYLE, TX, 78640 |
| Secured Party | U.S. SMALL BUSINESS ADMINISTRATION | 10737 GATEWAY WEST, #300<br>EL PASO, TX, 79935 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0062798791 | Financing Statement | 12/23/2020 10:47 AM | 1 | 12/24/2025 |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER, LLC | 1409B GRAEF ROAD<br>KYLE, TX, 78640 |
| Secured Party | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | PO BOX 35701<br>BILLINGS, MT, 59107 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0052728380 | Financing Statement | 11/29/2021 04:05 PM | 1 | 11/30/2026 |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER, LLC | 1409B GRAEF ROAD<br>KYLE, TX, 78640 |
| Secured Party | WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC | 5595 TRILLIUM BLVD<br>HOFFMAN ESTATES, IL, 60192 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 24-0021785887 | Financing Statement | 03/11/2024 01:05 PM | 2 | 03/12/2029 |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER, LLC | 1409 B GRAEF RD<br>KYLE, TX, 78640 |
| Debtor | WATERLOO POWER | 1409 B GRAEF RD<br>KYLE, TX, 78640 |
| Debtor | WATERLOO POWER LLC | 1409 B GRAEF RD<br>KYLE, TX, 78640 |
| Secured Party | INTERSTATE FILINGS AS THE REPRESENTATIVE | 301 MILL RD STE U-5<br>HEWLETT, NY, 11557 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 24-0036298913 | Financing Statement | 06/11/2024 01:59 PM | 1 | 06/11/2029 |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER, LLC | 1409B GRAEF RD<br>KYLE, TX, 78640 |

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | PO BOX 2576, UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL, 62708 | | |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 📄 | **24-0038944620** | **Financing Statement** | **06/26/2024 04:59 PM** | **1** | **06/26/2029** |

| | | |
|---|---|---|
| Debtor | WATERLOO POWER LLC | 1409 GRAEF RD UNIT B<br>KYLE, TX, 78640 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

Select All Filings: ☐

[Order Selected Filings] [Order Certificate] [New Search]

Instructions:
- 🔴 Press 'New Search' if you wish to perform another web inquiry.
- 🔴 Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- 🔴 Enter the page number and click 'GO' button to view the desired page.
- 🔴 Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- 🔴 If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- 🔴 Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- 🔴 If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- 🔴 Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- 🔴 To view a particular filing document, click on the image under 'View' for the desired document.